ORLY TAITZ, ESQ

COUNSEL FOR APPEALANTS

29839 SANTA MARGARITA STE 100

RANCHO SANTA MARGARITA, CA 92688

IN THE NINTH CIRCUIT COURT OF APPEALS

Case # 13-15627

GRINOLS ET AL

V

ELECTORAL COLLEGE ET AL

RESPONSE TO MAY 15,2013 ORDER BY THE COURT

NOTICE OF FINAL JUDGMENT

NOTICE OF MEMORANDUM ORDER FILED BY THE COURT WITH THE FINAL JUDGMENT

NOTICE OF A TRANSCRIPT OF THE FINAL HEARING BEING FILED

REQUEST TO REVIEW PREVIOUSLY SUBMITTED MOTION TO MODIFY THE APPEAL AND HEAR THE APPEAL AT HAND IN CONJUNCTION WITH A RELATED CASE

ORLY TAITZ

COUNSEL FOR APPELLANTS

29839 SANTA MARGARITA, STE 100

RSM CA 92688

PH. 949-683-5411 FAX 949-766-7603

**RESPONSE TO MAY 15 ORDER BY THE COURT**

On May 15 2013 the clerk of the court issued an order in regards to the interlocutory appeal filed in this case. The court stated that it has no jurisdiction as it does not have final judgment.

Yesterday, on 05.23.2013, lower court, USDC Eastern District of California issued a final judgment.

As such 9th circuit has jurisdiction to hear the appeal.

**Plaintiffs submit herein:**

1. Exhibit 1 Final Judgment by the lower court.
2. Exhibit 2 Memorandum to final judgment.
3. Exhibit 3 Transcript of the final hearing on 04.22.2013
4. Exhibit 4 Motion to Modify and appeal and join this case with a related case
5. Certificate of Service

**Respectfully submitted**

/s/ Orly Taitz

**Counsel for Appellants**